UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY JENNINGS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:24-cv-1286

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 29, 2025, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) that the Commissioner of Social Security's decision be affirmed. (ECF No. 12.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on August 12, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Dated: September 12, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE